# Exhibit 3



ORBIT PRODUCT NO. 24600

ORBIT PRODUCT NO. 24713



ORBIT PRODUCT NO. 24723
(Manifold Omitted)

